B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Paul Morris; aka Paul W. Morris          ,          Case No.  19-32498-JNP

# AMENDED
## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Reliant Loan Servicing, LLC | Partners for Payment Relief DE IV, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 920 Cassatt Road, Suite 210
 Berwyn, PA 19312
 vhays@pprnoteco.com

Court Claim # (if known):   3-1
Amount of Claim:   $90,998.86
Date Claim Filed:   02/03/2020

Phone:  
Last Four Digits of Acct #:   7804

Phone:  
Last Four Digits of Acct. #:   7804

Name and Address where transferee payments should be sent (if different from above):
 c/o FCI Lender Services, Inc.
 PO Box 28720
 Anaheim, CA 92809
Phone:  
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                        Date: 10/07/2020
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.